**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **VALMONT INDUSTRIES, INC.,** | ) | **CASE NO. 8:06CV274** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER OF DISMISSAL** |
| | ) | |
| **GREAT BASIN IRRIGATION CO. B.T.,** | ) | |
| **and ELMER BLOOM,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the Court on the Plaintiff's Notice of Dismissal.  The Notice

complies with Fed. R. Civ. P. 41(a)(1)(I).  Accordingly,

IT IS ORDERED:

1)     The Notice of Dismissal  (Filing No. 5) is approved;

2)     The Complaint is dismissed without prejudice; and

3)     The parties shall pay their own costs and attorney fees.

DATED this 22nd day of March, 2006.

BY THE COURT

s/Laurie Smith Camp
United States District Judge

Dockets.Justia.com