### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **VALMONT INDUSTRIES, INC.,** | ) | **CASE NO. 8:06CV274** |
| ) | |
| **Plaintiff,** | ) | |
| ) | |
| vs. | ) | **ORDER OF DISMISSAL** |
| ) | |
| **GREAT BASIN IRRIGATION CO. B.T.,** | ) | |
| **and ELMER BLOOM,** | ) | |
| ) | |
| **Defendants.** | ) | |

This matter is before the Court on the Plaintiff's Notice of Dismissal. The Notice complies with Fed. R. Civ. P. 41(a)(1)(I). Accordingly,

IT IS ORDERED:

1) The Notice of Dismissal (Filing No. 5) is approved;

2) The Complaint is dismissed without prejudice; and

3) The parties shall pay their own costs and attorney fees.

DATED this 22nd day of March, 2006.

BY THE COURT

s/Laurie Smith Camp
United States District Judge